**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CARROLL GENE JOHNSON                                                                    PLAINTIFF
ADC #138237

V.                                          NO: 5:10CV00075 JMM/HDY

SHERI FLYNN *et al.*                                                                    DEFENDANTS

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 29th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE